**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MICHAEL C. ROMIG,                :   No. 12 MAP 2024

                :

        Appellant        :   Appeal from the Order of the

                :   Commonwealth Court at No. 684

                :   MD 2019 dated January 29, 2024

        v.               :

                :

                :

JOHN WETZEL, KATHY BRITTAIN, KERI  :

MOORE AND DEPARTMENT OF        :

CORRECTIONS,             :

                :

        Appellees        : 

## ORDER

**PER CURIAM**                              **DECIDED:  November 20, 2024**

     **AND NOW,** this 20th day of November, 2024, the order of the Commonwealth Court is **AFFIRMED**.